In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-157 CV


____________________



IN RE STEPHEN CRAIG RICHARDS






Original Proceeding






MEMORANDUM OPINION (1)


 Relator seeks a writ of mandamus to compel the Jefferson County District Attorney
to dismiss an indictment. The District Attorney is not a person against whom we may
issue a writ of mandamus other than to protect our jurisdiction, and Relator has not shown
that the writ is necessary to enforce our jurisdiction. See Tex. Gov't Code Ann. §
22.221 (Vernon Supp. 2003). 

 The petition for writ of mandamus, filed April 2, 2003, is DENIED.

 PER CURIAM


Opinion Delivered April 10, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.